IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-00126-BO

FILED IN OPEN COURT
ON 2/7/2019
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA :
:
v. :
:
CHEYNE MARTIN POTRAFKA :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on November 1, 2018, and the defendant's guilty plea to an offense in violation of 18 U.S.C. § 2252(a)(2), the following property is hereby forfeitable pursuant to 18 U.S.C. § 2253, to wit:

- Dell Inspiron Tower, Model 3650, containing a Seagate 1 TB hard drive with serial number Z9A5D40N,
- Seagate 40GB hard drive with serial number 5MQ0R6YY,
- Seagate GoFlex USB 3TB hard drive with serial number NA0M748X,
- Dell Inspiron Laptop, Model E1705, containing a WD 320GB hard drive with serial number WDWXE408F89920, and
- Accompanying power cords;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to 21 U.S.C. § 853(g);

It is hereby ORDERED, ADJUDGED and DECREED:

1

1. That based upon the Memorandum of Plea Agreement as to the defendant Cheyne Martin Potrafka and other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction. In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That in accordance with Supplemental Rule G(4)(i)(A), the Government need neither publish notice nor provide direct notice, as the property is worth less than $1,000 and no other owners or interested parties have been identified.

SO ORDERED. This 7 day of February, 2019.

TERRENCE W. BOYLE
Chief United States District Judge